IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIMINAL ACTION |
| v. | | NO. 11-162 and |
| | : | NO. 11-223-2 |
| HASSAN CARNEY | | |
| a/k/a WILLIE TIMMONS | | |

**ORDER**

AND NOW, this 20th day of May, 2015, upon consideration of Petitioner's Pro Se Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (Crim. No. 11-162, Doc. No. 53; Crim. No. 11-223-2, Doc. No. 634) and the government's Response thereto (Crim. No. 11-223-2, Doc. No. 642), it is hereby ORDERED as follows:

(1) Petitioner's Motion is DENIED;

(2) A Certificate of Appealability SHALL NOT ISSUE because Petitioner has failed to make an adequate showing of the denial of a constitutional right and reasonable jurists would not debate the correctness of this Court's ruling;[1] and

(3) The Clerk of Court shall CLOSE this matter for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II    J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).